STATE EX REL. ROBERT HENDERSON v. C. S. REED.[1]

July 20, 1917.

Nos. 20,516—(253).

**Case followed.**

Upon the relation of Robert Henderson the district court for Washington county granted its writ of habeas corpus directed to the warden of the state prison. The respondent made return and on the return day the writ

[1]Reported in 163 N. W. 985.

was discharged, Nethaway, J. From the order of discharge, relator appealed. Remanded with directions.

*Thomas J. Newman* and *Harvey O. Sargeant,* for appellant.

*Lyndon A. Smith,* Attorney General, and *C. Louis Weeks,* Assistant Attorney General, for respondent.

PER CURIAM.

This case is in all respects similar to that of State v. Reed, supra, page 468, 163 N. W. 984. The two cases were submitted together upon the same facts and the same argument. For the reasons stated in that case, the relator is remanded to the custody of the respondent, the warden of the state prison, who will deliver him to the district court of Ramsey county for the imposition of a lawful sentence nunc pro tunc.